BENJAMIN B. WAGNER
United States Attorney
VICTORIA L. BOESCH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2743
Facsimile:   (916) 554-2900
victoria.boesch@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I. P., a minor, by and through her guardian ad litem, FAGUNDO PALACIO DIAZ, MICAELA PALACIO, FACUNDO PALACIO DIAZ,<br><br>                              Plaintiffs,<br><br>vs.<br><br>BANNER HEALTH, an Arizona corporation, doing business as BANNER LASSEN MEDICAL CENTER, et al.<br><br>                              Defendants. | CASE NO.<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION BY FEDERAL CROSS-DEFENDANT** |
| BANNER HEALTH, an Arizona corporation, doing business as BANNER LASSEN MEDICAL CENTER et al.<br><br>                   Cross-Complainant,<br><br>vs.<br><br>PAUL C. DAVAINIS, M.D., and ROES 100- 200,<br>                              Cross-Defendants. | |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA:

Notice of Removal of Civil Action                                  1

1  PLEASE TAKE NOTICE that the above-captioned action is hereby removed from California State Court to the United States District Court pursuant to 28 U.S.C. §§ 1441 and 1442.

The United States, through the undersigned attorney, respectfully represents that:

1. Cross-Defendant Paul C. DAVAINIS, M.D., (hereinafter "cross-defendant") is named in a civil action now pending in the Superior Court of California for the County of Lassen, entitled <u>I. P., a minor, by and through her guardian ad litem, Fagundo Palacio Diaz, Micaela Palacio, Facundo Palacio Diaz v. Banner Health, an Arizona corporation, doing business as Banner Lassen Medical Center, et al.</u>, Case No. 56180.  Copies of the state-court original complaint and cross-complaint naming cross-defendant are attached as Exhibits A and B.

2. This state-court action may be removed pursuant to 28 U.S.C. §§ 1441 and 1442 for the following reasons:

    (a) The cross-complainant (Banner Health) seeks tort damages for alleged negligence from cross-defendant.  See Exhibit B.

    (b) Cross-defendant is an employee of Northeastern Rural Health Clinic, Inc., a federally deemed and supported health center and grantee of the United States Department of Health & Human Services.  As such, for purposes of the Federal Tort Claims Act (28 U.S.C. §§ 2671 *et seq.* and 28 U.S.C. § 1346(b)), cross-defendant is deemed a federal employee.  42 U.S.C. § 233(g)-(n).

    (c) Cross-defendant was acting within the scope of this deemed federal employment at the time of the alleged incident.  *See* Scope of Federal Employment Certification filed herewith.

    (d) Under the Federal Tort Claims Act, plaintiffs' exclusive remedy for tort damages allegedly caused by cross-defendant is an action against the United States.  28 U.S.C. § 2679(b); 42 U.S.C. § 233(a), (g)-(n).

    (e) The United States District Courts have exclusive jurisdiction over such tort actions.  28 U.S.C. § 1346(b).

    (f) Removal of the above-referenced state-court action, filed in Lassen County, is appropriate because the action falls within this Court's original jurisdiction.  28 U.S.C. § 1441(a).

Notice of Removal of Civil Action

2

     (g)  In addition, 28 U.S.C. § 1442(a)(1) expressly permits removal of actions against the United States.  Because an action against the United States is the exclusive remedy for cross-defendant's alleged negligence, this action constitutes such an action.  42 U.S.C. § 233(a), (g)-(n).

     (h)  No trial has yet been had in state court in this action.  *See* 28 U.S.C. § 2679(d)(2) (Attorney General may remove civil action against federal employee upon scope-of-employment certification at any time before trial).

    WHEREFORE, the United States hereby removes the above-described state court action from Lassen County Superior Court to this Court.

Respectfully submitted,

DATED: September 25, 2013        BENJAMIN B. WAGNER
                                         United States Attorney

By:   */s/ Victoria L. Boesch*
       VICTORIA L. BOESCH
       Assistant United States Attorney

Attorneys for the United States

Notice of Removal of Civil Action      3

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the office of the United States Attorney for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

That on September 25, 2013, she served a copy of:

## NOTICE OF REMOVAL OF CIVIL ACTION BY FEDERAL DEFENDANT & ATTACHMENTS

by placing said document(s) in postage paid envelope(s) addressed to the persons listed below, which are the last known addressees, and deposited said envelope(s) in the United States mail in Sacramento, California.

**ADDRESSEE(S):**

**Attorneys for Plaintiffs**
Eduardo Ascensio, Esq.
Law Offices of Bruce G. Fagel and Associates
100 North Crescent Drive Suite 360
Beverly Hills, CA 90210

**Attorneys for Banner Healthcare**
Thomas Doyle, Esq.
SCHUERING ZIMMERMAN & DOYLE, LLP
400 University Avenue
Sacramento, California 95825-6502

**Attorneys for Paul C. Davainis, M.D**
Jennifer Kurlan, Esq.
LEONARD & LYDE
1600 Humboldt Road, Suite 1
Chico, California 95928

*/s/ Karen James*
KAREN JAMES
United States Attorney's Office

Notice of Removal of Civil Action

4